NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**USPPS, LTD.,**
*Plaintiff-Appellant,*

v.

**AVERY DENNISON CORPORATION,**
*Defendant-Appellee,*

AND

**RENNER, OTTO, BOISELLE & SKLAR, LLP**
AND **NEIL DUCHEZ,**                 ·
*Defendants-Appellees.*

---

2011-1525

---

Appeal from the United States District Court for the Western District of Texas in case no. 07-CV-0963, Chief Judge Fred Biery.

---

## ON MOTION

---

## O R D E R

The parties move for the court to accept the briefs previously filed with the United States Court of Appeals for the Fifth Circuit.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


OCT 14 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk


cc: James E. Willingham, Jr., Esq.
J. Daniel Harkins, Esq.
Vaughan E. Waters, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 14 2011

JAN HORBALY
CLERK